# United States Bankruptcy Court

## Northern District of Georgia

1340 U.S. COURTHOUSE
75 Ted Turner Drive
ATLANTA, GEORGIA 30303

**M. REGINA THOMAS**
**CLERK OF COURT**

**FRED CHILDERS**
**CHIEF DEPUTY CLERK**

July 21, 2016

Bates Furniture Co. Inc.
302 Henderson Street
Dalton, GA 30721

Reference:   Petition for Payment of Unclaimed Funds
Case No.     11-42183-mgd
Debtor:      Jeffrey Alan Smith
             Tara Melissa Smith

Dear Mr. Cochran

    Reference is made to your Application for Payment of Unclaimed Funds in the amount of $2,902.11 payable to Bates Furniture Co, Inc.

    In order to process your request, all documents as noted in the Court's Information and Documentation Required for Petition for Unclaimed Funds package must be completed. We need a statement of authority allowing you permission to claim funds on behalf of Bates Furniture Co, Inc. We will continue to process your application once the requested document has been received

    Please feel free to contact Gina Gow, Financial Specialist, at 404-215-1131 if we can be of further assistance.

Sincerely,

*Fred Childers*

Fred Childers
Chief Deputy Clerk

FC/gg
Enclosure

Pro Se Instructions

# INFORMATION AND DOCUMENTATION REQUIRED
# FOR PETITION FOR UNCLAIMED FUNDS

I. A request **BY AN OWNER OF RECORD** for payment of Unclaimed Funds must include the following documents:

- **Petition** for Payment of Unclaimed Funds, which must include the following:
    - ☐ The debtor's name
    - ☐ The Chapter number (7, 11, 12 or 13)
    - ☐ The case number including the judge's initials
    - ☐ The complete name of the party claiming the funds ("Claimant")
    - ☐ Claimant's previous address
    - ☐ Claimant's current address and telephone number
    - ☐ The amount of the claim
    - ☐ Claimant's signature

    If Claimant is an **individual**, Claimant's signature must be **notarized**.

    If Claimant is a **corporation**, the Petition must be signed by a corporate officer, must contain **the corporate seal** and must contain a statement of the signing officer's authority.

    If Claimant is a **partnership**, the Petition must be signed by the general partner(s) and must contain a statement of the signing person's authority.

- A **certificate of service** showing service of a copy of the petition
    - ☐ upon the U.S. Attorney and
    - ☐ upon any other party who may have an interest in the funds

- **Form W-9**, Request for Taxpayer Identification Number and Certification
    - ☐ Name or Business
    - ☐ Select classification
    - ☐ Current address
    - ☐ Social Security or Employer Identification number
    - ☐ Sign and date the form

II. A request **BY A SUCCESSOR IN INTEREST** for payment of Unclaimed Funds must include the following documents:

- **Petition** for Payment of Unclaimed Funds, which must include the information set forth above, **plus the following:**
    - ☐ The full name of the original owner of the funds.
    - ☐ The original owner's previous address
    - ☐ A brief statement of the facts by which Claimant acquired the rights as successor

Pro Se Instructions

> in interest to the original owner of the funds.
> ☐ Copies of documents which show that Claimant is entitled to payment of the funds as a successor in interest to the original owner of the funds should be attached to the Petition. Copies of any documents from a probate or other courts must be certified copies.

- A **certificate of service** showing service of a copy of the petition
    - ☐ upon the U.S. Attorney,
    - ☐ upon the original owner, if appropriate, and
    - ☐ upon any other party who may have an interest in the funds.

- **Form W-9,** Request for Taxpayer Identification Number and Certification
    - ☐ Name or Business
    - ☐ Select classification
    - ☐ Current address
    - ☐ Social Security or Employer Identification number
    - ☐ Sign and date the form

### IV. Hearings

The petition may be granted without a hearing. If a hearing is scheduled, the court will send a notice of the date and time for the hearing to all interested parties.

### V. Fraud

Any Petition for Unclaimed Funds which appears to be based upon fraud will be referred to the U.S. Attorney for investigation and prosecution.

### VI. Form

**A fillable petition form is attached for your convenience. Fill out all blanks in form, then print and sign form.**

| | |
|---|---|
| **Mail original documents to:**<br>U.S. Bankruptcy Court<br>1340 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 | **Mail copy of documents to:**<br>U.S. Attorney's Office<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 |